IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. HANLY,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLEGE OF MARIN,<br><br>    Defendant.<br>_____/ | No. C 12-937 CW<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Docket No. 16) |

    On May 15, 2012, Plaintiff Anne L. Hanly voluntarily dismissed the instant action without prejudice. On May 16, 2012, Defendant College of Marin filed a motion to dismiss Plaintiff's complaint.

    Because Plaintiff has already voluntarily dismissed her complaint, the Court DENIES Defendant's motion to dismiss as moot.

    IT IS SO ORDERED.

Dated: 5/17/2012

                          CLAUDIA WILKEN
                          United States District Judge