IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. HANLY, | No. C 12-937 CW |
| Plaintiff, | ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Docket No. 16) |
| v. | |
| COLLEGE OF MARIN, | |
| Defendant. | |

_____/

On May 15, 2012, Plaintiff Anne L. Hanly voluntarily dismissed the instant action without prejudice.  On May 16, 2012, Defendant College of Marin filed a motion to dismiss Plaintiff's complaint.

Because Plaintiff has already voluntarily dismissed her complaint, the Court DENIES Defendant's motion to dismiss as moot.

IT IS SO ORDERED.


Dated: 5/17/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California